IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-294-BO
No. 5:16-CV-198-BO

| | |
|---|---|
| HERBERT SIRVAN MARQUET BURTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the motion of the Respondent to place this matter in abeyance, it is hereby

ORDERED that this matter be placed in abeyance pending the Supreme Court's final decision in <u>Beckles v. United States</u>, 15-8544.

This 23 day of August, 2016.

TERRENCE W. BOYLE
United States District Judge