IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-294-BO
No. 5:16-CV-198-BO

HERBERT SIRVAN MARQUET BURTON, )
)
Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
Respondent. )

For good cause having been shown upon the motion of the Respondent to lift the August 25, 2016, stay and for additional briefing, it is hereby ORDERED that the stay entered at Docket Entry 54 is LIFTED. It is further ORDERED that Respondent may file a supplemental response to Petitioner's motion under 28 U.S.C. § 2255 on or before September 8, 2017. Petitioner may file a response on or before September 22, 2017.

This __30__ day of __August__, 2017.

_____
TERRENCE W. BOYLE
United States District Judge